**2017–0573.  State ex rel. Dilly v. Martin.**
In Prohibition.

*May 22, 2017*

2017-Ohio-2910.]

**2015–1715.  In re Application of Buckeye Wind, L.L.C.**
Power Siting Board, Nos. 08–666–EL–BGN and 13–360–EL–BGA. On the joint motion of appellants and intervening appellee, Buckeye Wind, L.L.C., to stay cause. Motion granted in part. Cause stayed for 30 days.